| | IP | Torrentname | Category | FileHash | Date ▼ |
|---|---|---|---|---|---|
| 1. | 24.21.208.215 | Pawn (2013) [1080p] | Video | 6aceb5c86aa9a5607ef50d656df066b5dfacd86b | 2014/01/01 |
| 2. | 24.21.208.215 | jennifer_lopez_-_get_right.mpg | Video | 28fe595c3b4dc149ebb478ba5ca797a8b81ce683 | 2014/01/01-2014/01/02 |
| 3. | 24.21.208.215 | The Company You Keep (2012) [1080p] | Video | 66a237ac7ee1e0906a8fc761e8dbf343175f5bad | 2014/01/01-2014/01/02 |
| 4. | 24.21.208.215 | Safe Haven (2013) [1080p] | Video | 87e0c631d4db0710638377584e20d9f6976c275c | 2014/01/01-2014/01/02 |
| 5. | 24.21.208.215 | White House Down (2013) DVDRip XviD-ICE | Video | 01740ab33c50369b1c4bd18172aa1498c700a96a | 2014/01/02 |
| 6. | 24.21.208.215 | [Fileking.pl] Spa.S02E06.Pl-TR0D4T [AgusiQ] | TV Series | 01741a327cde2a15192044b18c74ca4a8107c64f | 2014/01/02 |
| 7. | 24.21.208.215 | Supernatural-S09E08-720p-HDTV-X264-DIMENSION-[eztv] | TV Series | 02fc5780d729cd043d813bea301aec5a97dd5c70 | 2014/01/02 |
| 8. | 24.21.208.215 | Eden (2012) [1080p] | Video | 2310d828ae64ec781f268e259baccbb940d91af7 | 2014/01/02 |
| 9. | 24.21.208.215 | Head East_Flat As A Pancake | Audio | 4292086442b8297da865a31b80bff92b63ab6a83 | 2014/01/02 |
| 10. | 24.21.208.215 | Kmp The Best Media Player | Software | 5066414a36a0bde44741e84e022993e3b1915197 | 2014/01/02 |
| 11. | 24.21.208.215 | Dolph & Wulff - S01E08 - På Hospitalet.avi | TV Series | 523fc582f92d7341a615b0fb3ecd6c91f4b4fa9f | 2014/01/02 |
| 12. | 24.21.208.215 | A Common Man (2012) [1080p] | Video | 56344177c294417f59d9bc6ac52ec37005dd1f8e | 2014/01/02 |
| 13. | 24.21.208.215 | KMSnano.Automatic.v10.Windows.8 & Office.2013 | Software | 5e1ad654f74310fc76c14db241c6cf2a040f7ff8 | 2014/01/02 |
| 14. | 24.21.208.215 | Manycam Pro 3 1 43 4086 Serial | Software | 798db6e6a095db8a7b2685f9ab537a46c0970a3b | 2014/01/02 |
| 15. | 24.21.208.215 | Shoot Bubble-Deluxe-Full Pc.rar | Software | 7bb92c8bdcf4874781d9deaa7ca68c9666d8d500 | 2014/01/02 |
| 16. | 24.21.208.215 | Upstream Color (2013) [1080p] | Video | 9b1fdd0309ec047837fea2de3db4ab81ca6ec402 | 2014/01/02 |
| 17. | 24.21.208.215 | Adobe Flash CS5.5 Professional 11.5.1 with Activation Key | Software | a55b24ffd3bc0ad10834a00140ef33223f27d61b | 2014/01/02 |
| 18. | 24.21.208.215 | The Hunger Games 2012 DVDRip XviD-APA | Video | a55b27f91e59835fac88a6915047104bc04d3289 | 2014/01/02 |
| 19. | 24.21.208.215 | Microsoft Toolkit 2.4.6 Official Torrent | Software | f5b2642bce7ae13c4a871306ddfbceb1e353364e | 2014/01/02 |
| 20. | 24.21.208.215 | Schindlers List (1993) [1080p] | Video | f64c844c39fcd6a5f9157884e97296f7019db83b | 2014/01/02 |
| 21. | 24.21.208.215 | Heartland.(2007.Canada).S07E04.The.Penny.Drops.HDTV.x264-2HD[ettv] | TV Series | fb228f04e50da703b4d0ee3f9558127cf11d3430 | 2014/01/02 |
| 22. | 24.21.208.215 | Universal Soldier Day of Reckoning (2012) [1080p] | Video | 121bbe6f805385aac51266b76e0c014a18dc131e | 2014/01/02-2014/01/03 |
| 23. | 24.21.208.215 | Robot & Frank (2012) [1080p] | Video | 8d2add25f07dc94fc5bbd95b036e14597216dad7 | 2014/01/02-2014/01/03 |
| 24. | 24.21.208.215 | The Way Back (2010) [1080p] | Video | dc71cf906c83fb3927a011c84dfa929a637a5277 | 2014/01/02-2014/01/03 |
| 25. | 24.21.208.215 | Beneath The Planet of the Apes (1970) [1080p] | Video | 0dfea9b7f0ae570864b45dfae2001749de998fd1 | 2014/01/03 |
| 26. | 24.21.208.215 | Flash Gordon (1980) [1080p] | Video | 16b21584fba48582eda8b7f0da0250988cf9e210 | 2014/01/03 |

IP: 24.21.208.215                                                                                                                    Page 1 of 8

EXHIBIT 1

14-cv-00300

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| 27. | 24.21.208.215 | Gloria Estefan - Oye Mi Canto (Los Grandes Exitos) [2006] - Latin [www.torrentazos.com].rar | Audio | 1f50d8e0174acc555140e29244053a6c0766bc63 | 2014/01/03 |
| 28. | 24.21.208.215 | Planet of the Apes (1968) [1080p] | Video | 20b39199d03f55e72212f37c535ec7acbf61a846 | 2014/01/03 |
| 29. | 24.21.208.215 | Chasing Maveric (2012) [1080p] | Video | 2748f1469173bb9279539839144fcf78c092f148 | 2014/01/03 |
| 30. | 24.21.208.215 | Escape From The Planet of the Apes (1971) [1080p] | Video | 27efb42d95bb9598b4b11b73e28cbe492a99c232 | 2014/01/03 |
| 31. | 24.21.208.215 | Elektra DIRECTORS CUT (2005) [1080p] | Video | 2c9c549e612321f0a74e54b9c0e99cf0ed3eb09c | 2014/01/03 |
| 32. | 24.21.208.215 | Liberal Arts (2012) [1080p] | Video | 2fcb66b2bf3b2eeda644309c614b6561746ea7ee | 2014/01/03 |
| 33. | 24.21.208.215 | Rise of the Planet of the Apes (2011) [1080p] | Video | 369fff7674d7cb37ab0cf76a20903df6271cdbfc | 2014/01/03 |
| 34. | 24.21.208.215 | The Master (2012) [1080p] | Video | 633a43681d60a4e6b11408cd34c4a9c5bf8bd570 | 2014/01/03 |
| 35. | 24.21.208.215 | Officer Down (2013) [1080p] | Video | 6cbfbc662d5d2a6812db2dcc728528e9eb7ad118 | 2014/01/03 |
| 36. | 24.21.208.215 | The.Iceman.2012.BRRip_XViD_juggs | Video | 6e4835e85c998f629cfe12db040c48f79b5b27bf | 2014/01/03 |
| 37. | 24.21.208.215 | The Devils In The Details (2013) [1080p] | Video | 716dbc0ef3d2a4e80b23e57bdf439f0a5897320d | 2014/01/03 |
| 38. | 24.21.208.215 | The Exorcist (1973) [1080p] | Video | 7ad7730ccbba999468b0c0649435fa1ac9899945 | 2014/01/03 |
| 39. | 24.21.208.215 | Gambit (2012) [1080p] | Video | 7b033744cf668851c7bbfa905ba31aa0c5917bea | 2014/01/03 |
| 40. | 24.21.208.215 | The Girl Next Door UNRATED (2004) [1080p] | Video | 8c4f152a8262483e448042c13762eb0afb8f16c5 | 2014/01/03 |
| 41. | 24.21.208.215 | [ www.Speed.Cd ] - Downton_Abbey.4x01.720p_HDTV_x264-FoV | TV Series | 93502bb33e9cd2fda6039c622c833c127124f8fb | 2014/01/03 |
| 42. | 24.21.208.215 | Beneath Hill 60 (2010) [1080p] | Video | 95f1c42868f31ae549a2db85907a6425c675a347 | 2014/01/03 |
| 43. | 24.21.208.215 | The Chronicles of Narnia - The Lion, The Witch, and The Wardrobe (2005) [1080p] | Video | a3baee4634bece6c5a8abfe4a49e7e59ed56a400 | 2014/01/03 |
| 44. | 24.21.208.215 | Adobe Photoshop Lightroom 4 4 Final 64 Bit | Software | aebe975e1eeadc1f619dc6652d02a94581651ff3 | 2014/01/03 |
| 45. | 24.21.208.215 | xXx State of The Union (2005) [1080p] | Video | af5bbbbba2d9458e9b8363b6fc860c4fb179c113 | 2014/01/03 |
| 46. | 24.21.208.215 | Inkheart (2008) [1080p] | Video | c12d35862ea27217c56d451858ed4345e991e645 | 2014/01/03 |
| 47. | 24.21.208.215 | Carlito's Way (1993) [1080p] | Video | e784e9d61de4ff2c78c9319831e545799904e286 | 2014/01/03 |
| 48. | 24.21.208.215 | Les Misérables (2012) [1080p] | Video | eb42539ea83a82cc1d1ad1a19abda1466b61e714 | 2014/01/03 |
| 49. | 24.21.208.215 | Almost Famous EXTENDED (2000) [1080p] | Video | fd1a3282cbbb6f02e0d3e2b4367c78a7cd7ddfa6 | 2014/01/03 |
| 50. | 24.21.208.215 | Legally Blonde 2 Red White and Blonde (2001) [1080p] | Video | 0b47672c9c8fe5d600962a92bcd0e3b56ca6d650 | 2014/01/04 |
| 51. | 24.21.208.215 | The Expendables 2 (2012) [1080p] | Video | 0d352981ecac8c3f56bb256eb3fc72d84b6dae55 | 2014/01/04 |
| 52. | 24.21.208.215 | Forty Deuce - Nothing To Lose | Audio | 14ff4b1f454c60d9bf8a812d1e89823f79500e9c | 2014/01/04 |
| 53. | 24.21.208.215 | Mission to Mars (2000) {1080p} | Video | 1b7f3ef25df778bcfd4dde758a56a7d3e3b172dd | 2014/01/04 |
| 54. | 24.21.208.215 | Premium.Rush.2012.BDRip.XviD.AC3-3LT0N | Video | 21b12586b7cc1d36a1f9c29a2c89fae30358893d | 2014/01/04 |
| 55. | 24.21.208.215 | Rock Of Ages EXTENDED (2012) [1080p] | Video | 3e201a89a41f4a4f38353978b6d42b59fc162b66 | 2014/01/04 |
| 56. | 24.21.208.215 | Microsoft Visual Studio Professional 2013 en-US x86 Nov8-2013 | Software | 456ddf7d90871d996d4d22668503d85bbd64a87e | 2014/01/04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57. | 24.21.208.215 | Playing For Keeps (2012) [1080p] | | Video | 622112a175532d67031cb6e07ef2e8993ed42d3b | 2014/01/04 |
| 58. | 24.21.208.215 | Street Kings 2 Motor City UNRATED (2011) [1080p] | | Video | 8540fe8bca4bd650e61fedf0c3ebe4fffb7847a6 | 2014/01/04 |
| 59. | 24.21.208.215 | Alex Cross (2012) [1080p] | | Video | d2d3191e9af00f4b0ada8fcc12d2889540e87ae1 | 2014/01/04 |
| 60. | 24.21.208.215 | The Magic of Belle Isle (2012) [1080p] | | Video | 327fb7990c5659390d320e1a6bc666628f208759 | 2014/01/04-2014/01/05 |
| 61. | 24.21.208.215 | Being Flynn (2012) [1080p] | | Video | b2a4999ed8bd3b910f6756a0dce5191cd3c32961 | 2014/01/04-2014/01/05 |
| 62. | 24.21.208.215 | Cliffhanger (1993) [1080p] | | Video | 0847773d75174a65b5cfe942bc6faa29f756b9c2 | 2014/01/05 |
| 63. | 24.21.208.215 | Bernie (2011) [1080p] | | Video | 230999c97d6d72f95385c73378a363ff9b9cbec4 | 2014/01/05 |
| 64. | 24.21.208.215 | Get Smart (2008) [1080p] | | Video | 688126d3bfb69d80df954c94bdcfdeaf6f7e96ed | 2014/01/05 |
| 65. | 24.21.208.215 | Mean Girls (2004) [1080p] | | Video | 7251a08d78f35796ea875969517e9f1213ac4656 | 2014/01/05 |
| 66. | 24.21.208.215 | Once Upon A Time in Mexico (2003) [1080p] | | Video | ccaaa1370917c031c6d23630a3af6789e84a5ae7 | 2014/01/05 |
| 67. | 24.21.208.215 | Bernie (2011) | | Video | dc9eb86b8d5da7f8b8a714fb23c14f8b7269ccb2 | 2014/01/05 |
| 68. | 24.21.208.215 | Resident Evil Degeneration (2008) | | Video | fafcbff6e32b2df717cbe39a498b557a77d91628 | 2014/01/05 |
| 69. | 24.21.208.215 | Dan In Real Life (2007) [1080p] | | Video | 08930162b0ab007c53c567de9c57ca6746075ce0 | 2014/01/06 |
| 70. | 24.21.208.215 | Wish You Were Here (2012) [1080p] | | Video | 160d2f4ed5734ebc933cb08fcdd88769eb0e102e | 2014/01/06 |
| 71. | 24.21.208.215 | Escape.Plan.(2013).DvDScr.(XviD) | | Video | 1dedd243160f69f35ac29291ad26a96fe86212b9 | 2014/01/06 |
| 72. | 24.21.208.215 | National Treasure Book of Secrets (2007) [1080p] | | Video | 2198587b35e17e8d2c5cc46e115cd32b78397ed4 | 2014/01/06 |
| 73. | 24.21.208.215 | The Beach (2000) [1080p] | | Video | 2a567518bae02345cfbfcab379ed224a2ff5950e | 2014/01/06 |
| 74. | 24.21.208.215 | Batman Under The Red Hood (2010) [1080p] | | Video | 33417b345ddd31e1061ec5fad35958acaf4713b9 | 2014/01/06 |
| 75. | 24.21.208.215 | National Treasure (2004) [1080p] | | Video | 36f39dea863c1886df228ded50d29d8538b55ffb | 2014/01/06 |
| 76. | 24.21.208.215 | Mrs Doubtfire (1993) [1080p] | | Video | 75e6b3cafcd27bc29574fe5466041dc4e07b99ee | 2014/01/06 |
| 77. | 24.21.208.215 | All-Star Superman (2011) [1080p] | | Video | 77eac9f5f2f6a737fa092cb383d02293c5fa69d2 | 2014/01/06 |
| 78. | 24.21.208.215 | Without a Paddle Nature's Calling (2004) [1080p] | | Video | 8116bfc99329a837f74ed730a22cbcdc92f19b73 | 2014/01/06 |
| 79. | 24.21.208.215 | Shoot 'Em Up (2007) | | Video | 81b0239dde71c78c423dfe035775b0759822055f | 2014/01/06 |
| 80. | 24.21.208.215 | I Am Legend AlTERNATE ENDING (2007) [1080p] | | Video | 86a06cdd072e34f2220d9fbaf587d635a4767ad7 | 2014/01/06 |
| 81. | 24.21.208.215 | Soldiers of Fortune 2012 [1080p] | | Video | 88dc24ebede6e722556e14f85824e345c92d55fa | 2014/01/06 |
| 82. | 24.21.208.215 | The Thin Red Line (1998) [1080p] | | Video | 960dc73149fa3775053d41181733f98ed5ba2a89 | 2014/01/06 |
| 83. | 24.21.208.215 | Dirty Harry The Enforcer (1976) [1080p] | | Video | 99880875f0dd442631d7c146bd5375591ca8372b | 2014/01/06 |
| 84. | 24.21.208.215 | Enemy At The Gates (2001) [1080p] | | Video | a4e6607f13a58cb91108263d5c89cacaec5be84db | 2014/01/06 |
| 85. | 24.21.208.215 | Ghost Ship (2002) [1080p] | | Video | a523b015079095b3a5274efa72d87fa583a18274 | 2014/01/06 |
| 86. | 24.21.208.215 | The Uninvited (2009) [1080p] | | Video | a72b2d9d549414aed627a06413b03587ae85092c | 2014/01/06 |
| 87. | 24.21.208.215 | Ironclad (2011) | | Video | b031e9da4b5308764e1561bfba09a19b70a32456 | 2014/01/06 |
| 88. | 24.21.208.215 | Poltergeist (1982) [1080p] | | Video | ba5adc0c7f7f5a4f55b097699a51e9b848ecdafb | 2014/01/06 |

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| 89. | 24.21.208.215 | Dirty Harry Dead Pool (1988) [1080p] | Video | cc1ea2fbcb92c7ec1e8b425a2510cb1a8890054e | 2014/01/06 |
| 90. | 24.21.208.215 | Due Date (2010) [1080p] | Video | cfeeab4f008c15d5b3a48a8624f23888708d561e | 2014/01/06 |
| 91. | 24.21.208.215 | Modern Family S04E10.HDTV XviD-LOL.mp4 | TV Series | dc411db9d335cb42922cdbbaf801f36aced1a56e | 2014/01/06 |
| 92. | 24.21.208.215 | Batman Gotham Knight (2008) [1080p] | Video | e1e037fc83b0ecdb2df3c00a14b1ab84272c9a47 | 2014/01/06 |
| 93. | 24.21.208.215 | The.L.Word.S03E03.HDTV.XviD-LOL.avi | TV Series | e512aeb0eb2346836ee78fe7adcaa835e180566b | 2014/01/06 |
| 94. | 24.21.208.215 | [www.OurRelease.org] Trust.Me.Im.A.Doctor.S01E03.HDTV.XviD-AFG | TV Series | f3b98b6362708b1b0b3fe7bde8cc42cc742712a0 | 2014/01/06 |
| 95. | 24.21.208.215 | Demoted (2011) [1080p] | Video | f4bd7d124ff9beccc8baf1e7d901ebe8ed5783ca | 2014/01/06 |
| 96. | 24.21.208.215 | Life As We Know It (2010) [1080p] | Video | 5a643e4776ba5157eb551b51410b16474555a50b | 2014/01/07 |
| 97. | 24.21.208.215 | The Boondock Saints II All Saints Day (2009) [1080p] | Video | 68da4691016a65341d18190bb5333b0e7a1ea12d | 2014/01/07 |
| 98. | 24.21.208.215 | Chicago - Love Songs (2005) [@192] | Audio | d4fc4716f9e1cfb8d05e8ef533c363b44beb8136 | 2014/01/07 |
| 99. | 24.21.208.215 | Blue Bloods | TV Series | 276595e30a3aed40a11bd4b6ca457843025a6022 | 2014/01/08 |
| 100. | 24.21.208.215 | House.of.Lies.S03E01.HDTV.x264-ASAP | TV Series | 6c6e093d062ed010ce604e629b1f5268f856954d | 2014/01/08 |
| 101. | 24.21.208.215 | Adobe Acrobat XI Pro 11.0.0 Multilanguage (Cracked dll ) - [truker] | Software | 7a463a0f31d06c7b1f52163bba16eb699915d8a5 | 2014/01/08 |
| 102. | 24.21.208.215 | Have Gun - Will Travel | Video | 924f9ff82b8669ccbdf0b48f78c90b4f65b9af4c | 2014/01/08 |
| 103. | 24.21.208.215 | Blue.Bloods.S02 | TV Series | ebed245612627150567749997d9482619df64d8c | 2014/01/08 |
| 104. | 24.21.208.215 | Internet Download Manager (IDM) v6.17 build 9 Incl Crack Incl Key [TorDigger] | Audio | f21a50c5a1a6acd4331ed13595883a6bc4ebc911 | 2014/01/08 |
| 105. | 24.21.208.215 | Mirror Mirror (2012) | Video | ae0e8336c5a67f5fee4c515a3f7b26a76e18b959 | 2014/01/09 |
| 106. | 24.21.208.215 | Minecraft 1.5.2 Cracked [Full Installer] [Online] | Software | 86794df8136ad65db53a94d4b197739a9da7b326 | 2014/01/09-2014/01/10 |
| 107. | 24.21.208.215 | Adobe Photoshop 7 0 With Serial Key @ Only Upload | Software | 0e132a6eac779a39692ecb512a086b55141f2c5d | 2014/01/11 |
| 108. | 24.21.208.215 | VA-Puro-Desert_Lounge_Weekend_Vol.4-2CD-2011-eMF www.0daymusic.org | Audio | 0e132f4b5ceaa72035861984de458ddae025d683 | 2014/01/11 |
| 109. | 24.21.208.215 | Loosies (2012) | Video | 14a4974d7c42a7d5f403b4eb1ae1f39a93aa87eb | 2014/01/11 |
| 110. | 24.21.208.215 | The Crossing Guard (1995) | Video | 4a850b55a371a9aa0ef80d0daf3a56cc930a6454 | 2014/01/11 |
| 111. | 24.21.208.215 | La.Gran.Revancha.HDTV-Screener.XviD.[DTL].avi | Video | 52f52b7ce427d4d3cbb12a9de716a1cd1919f353 | 2014/01/11 |
| 112. | 24.21.208.215 | Hall Pass (2011) | Video | 0180edfc90f5214282dfe8daf74ac5598fbef639 | 2014/01/12 |
| 113. | 24.21.208.215 | Paranormal Activity (2007) | Video | 0580aef40e186406c18c828671bbb43b39a9b5ad | 2014/01/12 |
| 114. | 24.21.208.215 | K-19 The Widowmaker (2002) | Video | 0700804473312be203385b28f1cae2640e9d33aa | 2014/01/12 |
| 115. | 24.21.208.215 | The Muppets (2011) | Video | 261e0a05bede464ee8b96c95b457fe3588fd3f31 | 2014/01/12 |
| 116. | 24.21.208.215 | The Legend Is Born Ip Man (2010) | Video | 2a0af0248c790add6364944b7f3dd5d2f48e5d9c | 2014/01/12 |
| 117. | 24.21.208.215 | Treasure Buddies (2012) | Video | 2ae6269beeb43300b47a7fc27ec2131afc339b60 | 2014/01/12 |

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| 118. | 24.21.208.215 | Jacobs Ladder (1990) | Video | 2bc794c6bca5802dcee7e82b69e8c7a76f4d7516 | 2014/01/12 |
| 119. | 24.21.208.215 | Another Earth (2011) | Video | 30e72837f0be3dab247a0f7511c138a8a0759ff6 | 2014/01/12 |
| 120. | 24.21.208.215 | Confessions of a Dangerous Mind (2002) | Video | 32995a7fe823d6668bfc37a5853bf7eb798e0974 | 2014/01/12 |
| 121. | 24.21.208.215 | The Artist (2011) | Video | 37ff3345e5ea5fd3b5a39954f89038e28a264f0f | 2014/01/12 |
| 122. | 24.21.208.215 | Drunkboat (2010) | Video | 3d82e8374e8e008e30748df0535ec4890ddc242f | 2014/01/12 |
| 123. | 24.21.208.215 | Ip Man 2 (2010) | Video | 44d9df1402de2cae6422749ccfc702e18655bcb1 | 2014/01/12 |
| 124. | 24.21.208.215 | Wild Wild West (1999) | Video | 46d63b9d157a66d5363e368e75424171761f7926 | 2014/01/12 |
| 125. | 24.21.208.215 | The Incredible Hulk (2008) | Video | 49429c823e513038825f6b902ba77f0ece661fcb | 2014/01/12 |
| 126. | 24.21.208.215 | Step Up 3D (2010) | Video | 4b92f40f3c301da77d65dde217b6fbc94e541e1b | 2014/01/12 |
| 127. | 24.21.208.215 | Mean Streets (1973) | Video | 5313c330ce2f23a2d02836edcc97d114a8b66097 | 2014/01/12 |
| 128. | 24.21.208.215 | The Time Machine (2002) | Video | 556c0d14d8e9a61887cd78413e62e768a67b3035 | 2014/01/12 |
| 129. | 24.21.208.215 | Scream 3 (2000) | Video | 58117956923525de261bec879f6b22fa23d789fd | 2014/01/12 |
| 130. | 24.21.208.215 | Vanilla Sky (2001) | Video | 659eae1f5dd3def74e571a44665fa22972aa706e | 2014/01/12 |
| 131. | 24.21.208.215 | Step Up (2006) | Video | 74d941606abf449004c0929b68e2fdf1aafa33f6 | 2014/01/12 |
| 132. | 24.21.208.215 | Step Up 2 The Streets (2008) | Video | 755517a4c5cf04e8d971a8ad24c08ecfd910f733 | 2014/01/12 |
| 133. | 24.21.208.215 | Conan The Barbarian (2011) | Video | 78c1ad6c403ddd3bb661e0e60eb1cb4b1335d7f9 | 2014/01/12 |
| 134. | 24.21.208.215 | The Awakening (2011) | Video | 7b926e3dc975532f113f0d303aa4c3d49e4b53a9 | 2014/01/12 |
| 135. | 24.21.208.215 | The Rum Diary (2011) | Video | 7d863ce1d5a95f08c449933912622990f9504815 | 2014/01/12 |
| 136. | 24.21.208.215 | The Hunter (2011) | Video | 80950d71e7b3bf4a7e15637912005a4a161137ec | 2014/01/12 |
| 137. | 24.21.208.215 | Videodrome (1983) | Video | 827706fc7259f4b70270a65c2d7e8e91300bca5c | 2014/01/12 |
| 138. | 24.21.208.215 | Carnage (2011) | Video | 8527045f91ddd8f8e9a240aa3000bd90ea65dc82 | 2014/01/12 |
| 139. | 24.21.208.215 | Harold and Kumar - Escape From Guantanamo Bay (2008) | Video | 87a231a070f22576c15c06aae5408a74072682ce | 2014/01/12 |
| 140. | 24.21.208.215 | Larry Crowne (2011) | Video | 89391ba1279bb00871c8d4b4adf7826c2f88351e | 2014/01/12 |
| 141. | 24.21.208.215 | Drive Angry (2011) | Video | 8f095855a3360f594395b9d9be900902641613d9 | 2014/01/12 |
| 142. | 24.21.208.215 | IP Man (2008) | Video | 8f8dd0530efc594e0c39b1c7e28bfa8fd48076bf | 2014/01/12 |
| 143. | 24.21.208.215 | In Time (2011) | Video | 900727b9d1f54e5b48f4622232185748e4743e92 | 2014/01/12 |
| 144. | 24.21.208.215 | Year One Unrated (2009) | Video | 90a00fc3cbdd56779632ab3abe2b3d98b342dd60 | 2014/01/12 |
| 145. | 24.21.208.215 | The Devils Double (2011) | Video | 91a779645681ad7288f95d8ff84fbea77d21f87e | 2014/01/12 |
| 146. | 24.21.208.215 | All About Steve (2009) | Video | 9216ebc511131eb7266c3326f787bdf91982c7f2 | 2014/01/12 |
| 147. | 24.21.208.215 | Whale Rider (2002) | TV Series | 946c4ea342dc7ba1298ec89518ec553de170fd10 | 2014/01/12 |
| 148. | 24.21.208.215 | The Machinist (2004) | Video | 9fb6ce0a7282eb8ca1443a2e41c87ab725133a38 | 2014/01/12 |
| 149. | 24.21.208.215 | The Big Year (2011) | Video | a7cd929a991c8e0968f085bd3fd21a48d5149e45 | 2014/01/12 |
| 150. | 24.21.208.215 | Perfect Sense (2011) | Video | a80d089a27c86975f6398d1d900331b5f4fffbde | 2014/01/12 |
| 151. | 24.21.208.215 | Scream 2 (1997) | Video | a97a50c6d9d8921a8c2f6b01fc8f15743518d473 | 2014/01/12 |

| | | | | | |
|---|---|---|---|---|---|
| 152. | 24.21.208.215 | The Thing (2011) | Video | b4f8e043edd930b08ab622928264ec30eaed5060 | 2014/01/12 |
| 153. | 24.21.208.215 | Machine Gun Preacher (2011) | Video | b4fe781be19cf8f2f06f92430643800eeb5dd931 | 2014/01/12 |
| 154. | 24.21.208.215 | Like Crazy (2011) | Video | b57c21038027dacde98f5ed7143cd06ebf2ee621 | 2014/01/12 |
| 155. | 24.21.208.215 | A Very Harold and Kumar Christmas (2011) | Video | b57f26ec658619e9b80678379b27ed70224239ee | 2014/01/12 |
| 156. | 24.21.208.215 | The Woman (2011) | Video | c252788aa834b9612f88385448d0e27f7c9d5420 | 2014/01/12 |
| 157. | 24.21.208.215 | Talladega Nights The Ballad of Ricky Bobby (2006) | Video | c4d754a99a600daa960336cf44f767099e2ee39e | 2014/01/12 |
| 158. | 24.21.208.215 | Back to the Future III (1990) | Video | d19719b42a40e03b9c12d05a64d94ac2dad1b313 | 2014/01/12 |
| 159. | 24.21.208.215 | Recoil (2011) | Video | d4066239d7869ac859e9d86c666bf29ea9071f11 | 2014/01/12 |
| 160. | 24.21.208.215 | Puncture (2011) | Video | d417b33aff92c8fb0226b2dd43fa32588dd4dd68 | 2014/01/12 |
| 161. | 24.21.208.215 | Anonymous (2011) | Video | da1ceb109754e849fa483a18f84da8562e43d4a3 | 2014/01/12 |
| 162. | 24.21.208.215 | 30 Minutes or Less (2011) | Video | e2327a1ff55e2c0af7ad56cad626689f2929c54e | 2014/01/12 |
| 163. | 24.21.208.215 | Warrior (2011) | Video | e60017ed9fe3b40dbf149cf28b8def1bcc106d42 | 2014/01/12 |
| 164. | 24.21.208.215 | Harold and Kumar - Go To White Castle (2004) | Video | e69d10f1d9651b984e22f8fd4bde430ae098e5cb | 2014/01/12 |
| 165. | 24.21.208.215 | An Unfinished Life (2005) | Video | e864bef44c07e285008afcdd292dc3a102583f0d | 2014/01/12 |
| 166. | 24.21.208.215 | Wasted on the Young (2010) | Video | ea8f57201e490abe3bff5a58d5630de65f193944 | 2014/01/12 |
| 167. | 24.21.208.215 | Scream (1996) | Video | f17e8cdf5bed026e7ef08cccb111c0ca7ac67b88 | 2014/01/12 |
| 168. | 24.21.208.215 | Paranormal Activity 2 (2010) | Video | f39b9a6981590743ba3d8f5cb1815eb0ee75cb3e | 2014/01/12 |
| 169. | 24.21.208.215 | Curso de fotografia digital y analogica [Vol.2] | Video | 0aa74aacb6c42c766e641e5d30ed447a3b310cbb | 2014/01/13 |
| 170. | 24.21.208.215 | The Family Tree (2011) | Video | 0e4bab14cb0b085ab0be49f722038416bc02717d | 2014/01/13 |
| 171. | 24.21.208.215 | Connie.Y.Carla.CVCD.DVDrip.[www.TodoCVCD.com].mpg | Video | 186e86b16877812feaf435cb7d2ed4da6dbee7a1 | 2014/01/13 |
| 172. | 24.21.208.215 | The Son of No One (2011) | Video | 3cd4f68520111dbc753754a33724319675782af6 | 2014/01/13 |
| 173. | 24.21.208.215 | A Little Help (2010) | Video | 6bb2442087c92d409d6704f0a2f40aab10d7906d | 2014/01/13 |
| 174. | 24.21.208.215 | Margin Call (2011) | Video | 6bd819422708d4e81ac3d345bf4ba677eb77b37d | 2014/01/13 |
| 175. | 24.21.208.215 | Win.a.Date.with.Ted.Hamilton.DVDRip.XviD-DMT | Video | 899cca04692809ce1016e5df63f4a7c3c5737aeb | 2014/01/13 |
| 176. | 24.21.208.215 | The Perfect Host (2010) | Video | 8efff063404dd598dfc3a0a14d8155f968211810 | 2014/01/13 |
| 177. | 24.21.208.215 | Kubuntu Linux 12 10 Quantal Quetzal 64 Bit | Software | b63f93bbf5a76106fb760e9f77a62a4af9ff7014 | 2014/01/13 |
| 178. | 24.21.208.215 | Dada-Lollipop_BGR_.mpg | Audio | e4f9d995f00658386ae18c295dde1b5595925843 | 2014/01/13 |
| 179. | 24.21.208.215 | [HorribleSubs] One Piece - 628 [720p].mkv | Video | ec30d495071dbbdf40c3b11f5a1ac9564ead772f | 2014/01/13 |
| 180. | 24.21.208.215 | The Lone Ranger 2013 TS XViD UNiQUE | Video | dd3c340f53cbe1994e4d3955b847a51572e55fb3 | 2014/01/14 |
| 181. | 24.21.208.215 | Revolution S02E09 2013 HDRip 720p-NYDIC | TV Series | dd3c3a5dfcbd5f7712bd3a05ac336ee2f9ce5a5d | 2014/01/14 |
| 182. | 24.21.208.215 | WinRAR_4_00_32Bit_And_64Bit_Full-Version_(blaze69) | Software | dd3c589b0bd6d8a52c38e2034da3662cc2072f6d | 2014/01/14 |
| 183. | 24.21.208.215 | Need for Speed Most Wanted-SKIDROW (Compressed) Guaranteed Working | Software | dd3c59648f19c924a49a9e973c1917ab22c74c44 | 2014/01/14 |
| 184. | 24.21.208.215 | Married.With.Children.Complete.S01-S11.DVDRip.XviD-TL | TV Series | fc886382a2ea409b11586f337c3df9b8159ee95f | 2014/01/14 |

IP: 24.21.208.215                                                                                                      Page 6 of 8

                                                                                                                        EXHIBIT 1

14-cv-00300

| | | | | | | |
|---|---|---|---|---|---|---|
| 185. | 24.21.208.215 | FL.Studio.9.1.Signature Bundle [NLT-Release] | Software | ac12d61aef82d342acc45d156f117a189ff91263 | 2014/01/14-2014/01/22 |
| 186. | 24.21.208.215 | Moonstruck (1987) | Video | 990eac5fee7641d06f4d31eecb391082f95353a5 | 2014/01/15 |
| 187. | 24.21.208.215 | American Dad | TV Series | 9b93826 93d2f632c36eed29afd1feb10b46521e8 | 2014/01/15 |
| 188. | 24.21.208.215 | Man of Steel 2013 DVDRip XviD-HADXQ | Video | e0d0fb7d3173737cde8210c086f32809c382420f | 2014/01/15 |
| 189. | 24.21.208.215 | The Wolverine (2013).XviD.DiVX-PlayHD | Video | e0d0fd56d83235be231103f6e82e2ef074ec5b1b | 2014/01/15 |
| 190. | 24.21.208.215 | Deadwood S01-S03 720p BluRay nHD x264-NhaNc3 | TV Series | 45f7d1f7e2ee68920d4da7c9915e284e956c75f1 | 2014/01/15-2014/01/16 |
| 191. | 24.21.208.215 | The.Sopranos.S01-S06.720p.BluRay.nHD.x264 | TV Series | 39dee952a594cfcfda740673707d134eb865a73e | 2014/01/15-2014/01/17 |
| 192. | 24.21.208.215 | Justified | TV Series | 0a9591fedac48311e85c27be5b714f86ce7cace0 | 2014/01/17 |
| 193. | 24.21.208.215 | Bastille - Bad Blood (The Extended Cut) {2013-Album}.rar | Audio | 672e533468c0441a7f7146215fbdb61b975f028a | 2014/01/17 |
| 194. | 24.21.208.215 | Rome.The.Complete.Series.720p.BluRay.DTS.x264-CtrlHD | TV Series | 88ea0086efe17e781db3fd4e9b1ce172516a4766 | 2014/01/17 |
| 195. | 24.21.208.215 | Justified Season 3 Complete 720p HD [CARG] | TV Series | 9feae21ce8ad364793eb1b4d5137174090e98428 | 2014/01/17 |
| 196. | 24.21.208.215 | Justified Season 4 Complete 720p HD [CARG] | TV Series | 4ed47299e43c6ba7df20c5376abab1401774d1d9 | 2014/01/17-2014/01/18 |
| 197. | 24.21.208.215 | Justified Seasons 1,2,3,4 [HDTV] | TV Series | e1cba4cf669c8eb118d4684d732972d34de48d17 | 2014/01/17-2014/01/18 |
| 198. | 24.21.208.215 | Justified Season 2 Complete 720p | TV Series | 1a5369402a366c670c4d683ee43f3555bf45118b | 2014/01/17-2014/01/19 |
| 199. | 24.21.208.215 | Justified | TV Series | 4755c6de5a3f01f2bc5aebc7d16ffa5f978f16f2 | 2014/01/17-2014/01/21 |
| 200. | 24.21.208.215 | lp-ripper-10.1.0.exe | Software | ac12d8fded8efb360cec16d32c16ec63fffe044a | 2014/01/19 |
| 201. | 24.21.208.215 | The.Hunger.Games.Catching.Fire.2013.IMAX.EDITION.720p.BluRay.x264-PublicHD | Video | 8396e6e32300a15c0c66dab7d6c559253a45946f | 2014/01/19-2014/01/20 |
| 202. | 24.21.208.215 | Haunter (2013) [1080p] | Video | 9f063c7219a42d7a0db440627261e7c249177995 | 2014/01/19-2014/01/21 |
| 203. | 24.21.208.215 | Armistice.2013.HDRiP.XViD.AC3-FiRE | Video | 726ca7c8cc9cbb386016e936a992ef6da426fb5c | 2014/01/20-2014/01/21 |
| 204. | 24.21.208.215 | Family.Guy.Season.1-9.XviD.DVDRip.720p.HDTV.Extras-ArenaBG | TV Series | ac12d8fe1b7abe0c30f8e581cbc07b8bcbadc107 | 2014/01/20-2014/01/22 |
| 205. | 24.21.208.215 | Breaking Bad Season 1,2,3,4,5+Extras 720p nHD Bluray + 1080p Web-Dl _rvarun7777 | TV Series | 90814aa3b13862fc8b160373a66319e20e9eaa6d | 2014/01/20-2014/01/24 |
| 206. | 24.21.208.215 | Coal Miner's Daughter (1980) [1080p] | Video | 76467708b5b06f707582e0d4a5a5ad45b76b573d | 2014/01/21 |
| 207. | 24.21.208.215 | Chicago Fire - Season 1 [DVDRip][XviD] - cOOt | TV Series | 322775f027d6b7f75af6d9525eaf5d65cd7be0e0 | 2014/01/22 |

| | | | | | |
|---|---|---|---|---|---|
| 208. | 24.21.208.215 | Windows 7 Activation Remove WAT v2.2.5.2 Crack | Software | 783b569fd71a992cb88cfa70a8ad0aa02e0524f0 | 2014/01/22 |
| 209. | 24.21.208.215 | Broward County | TV Series | 3b00003b78048bbe0ff3a95717d57ed1dea95a88 | 2014/01/25 |
| 210. | 24.21.208.215 | Beverly Hills 90210 | TV Series | 7fee6e1fb539139a0f65237c6a7413bd06c1e0e5 | 2014/01/26-2014/01/29 |
| 211. | 24.21.208.215 | Kaspersky Internet Security.2013.v13.0.0.3370.FINAL+Keys-CloseMJ | Software | 6f7eacf1261dc627c433684506cebd2bf3ce6d52 | 2014/01/29 |
| 212. | 24.21.208.215 | Glee Season 2 | TV Series | 7a6fbe34352a76f33973fb507e47677b0acd072e | 2014/01/29 |
| 213. | 24.21.208.215 | Death.Wish.1974.720p.BluRay.700MB.ShAaNiG.com.mkv | Video | dadda6a596b56504eaaaa08956236677a41398d8 | 2014/01/29 |
| 214. | 24.21.208.215 | Death Wish 1, 2, 3, 4, 5 - Charles Bronson Crime Eng [H264-mp4] | Video | 4dbb9affb5e9b1f103a85809d094e065087e2c76 | 2014/01/29-2014/01/30 |
| 215. | 24.21.208.215 | Trading Bases A Story about Wall Street, Gambling, and Baseball by Joe Peta.epub | eBook | 84e025fcf78c873fc4ad75b2b036968ce51f57d6 | 2014/01/30 |
| 216. | 24.21.208.215 | Ace Ventura: When Nature Calls (1995) [1080p] | Video | 84e030efdf0f598a635cf0aeb7a587ec6cd13e2d | 2014/01/30 |
| 217. | 24.21.208.215 | Fantastic.4.[2005]DvDrip[Eng]-aXXo.(UsaBit.com).avi | Video | 9aebc048d8154b17d804b00e2a96078e2e0af77a | 2014/01/30 |
| 218. | 24.21.208.215 | {www.scenetime.com}Earth Girls Are Easy + Bonus (CG) | Video | dbfc5c56ed838351b88b1784bcfc58b3e884d3c2 | 2014/01/30 |
| 219. | 24.21.208.215 | Kelly's.Heroes.1970.720p.BRRip.XviD.AC3-RARBG | Video | e66c8f7969bfa89155f8469ae8470c1f3a9c5377 | 2014/01/30 |
| 220. | 24.21.208.215 | Milk (2008) [1080p] | Video | 1269a330eb1c015ba456e8551c8cb337a0d0a3bc | 2014/02/04 |
| 221. | 24.21.208.215 | Bedtime Stories (2008) | Video | 31af4677bf8f67c41424580de002056f7dfc7235 | 2014/02/04 |
| 222. | 24.21.208.215 | Vertigo (1958) | Video | 34ba94574cc2db512dc794ae4befea6cf3d23359 | 2014/02/04 |
| 223. | 24.21.208.215 | Four Rooms (1995) | Video | 57b3f955ac31e763545a2ec93240271280a73239 | 2014/02/04 |
| 224. | 24.21.208.215 | Inequality for All (2013) [1080p] | Video | 6da234ce437139a7df07321c6b63b5164f16ecfe | 2014/02/04 |
| 225. | 24.21.208.215 | Ed Wood (1994) | Video | 73f6fbfd8a6a889e08a04d3ddbfbc6516f18606d | 2014/02/04 |
| 226. | 24.21.208.215 | Chasing Amy (1997) [1080p] | Video | 8f83eb313cdda38292ea3cd0055bc071216f88e3 | 2014/02/04 |
| 227. | 24.21.208.215 | Stargate Atlantis Complete BDRip 720p HighCode-PHD | TV Series | fa5f6b1dcd05b6d990e4c85c1c39bd5fafb29352 | 2014/02/04-2014/02/09 |
| 228. | 24.21.208.215 | The Adventures of Baron Munchausen (1988) [1080p] | Video | 1aea77af07a1f2dff4e2520baeb97aecc377f2b5 | 2014/02/09 |
| 229. | 24.21.208.215 | The Big Easy (1986) [1080p] | Video | 7d23f3365aeac062e7ca20a54d3d18b3767e496f | 2014/02/09 |
| 230. | 24.21.208.215 | Slums of Beverly Hills (1998) [1080p] | Video | a4496d702843414dff73c089adf044109d13c529 | 2014/02/09 |
| 231. | 24.21.208.215 | The Bell Witch Haunting (2013) [1080p] | Video | e11a0c0a2f3214d6174e5bc714af1ca7d1556a19 | 2014/02/09 |
| 232. | 24.21.208.215 | | | f371b84716cc44c4cc0cdd5f8f5cb253e720e1e3 | 2014/02/09 |
| 233. | 24.21.208.215 | the.devils.ride.0301-yestv.mp4 | TV Series | 5cef8accc76e63bca8255352fd88b22f3308e615 | 2014/02/13 |
| 234. | 24.21.208.215 | Iron.Sky.R5.x264.AAC.-HAGGiS | Video | 9784d608e6f3af6176d33d409768b0b025cba2fd | 2014/02/15 |