Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**DOE-215**, a/k/a IP 24.21.208.215,<br><br>    Defendant. | Case No.: 6:14-cv-00300-AA<br><br>PLAINTIFF'S MOTION FOR FRCP 16 / LR 16-2(c) CONFERENCE |

PLAINTIFF'S MOTION FOR FRCP 16 / LR 16-2(c) CONFERENCE

   Pursuant to FRCP 16 and LR 16-2(c), plaintiffs request a conference with the court on the management of this and related litigation.  Plaintiffs believe an early conference will provide more effective control and management of these proceedings and improve the quality of the trial.

 DATED: February 21, 2014

                                                              /s/  Carl D. Crowell
                                                              Carl D. Crowell, OSB No. 982049
                                                              email: crowell@kite.com
                                                              (503) 581-1240
                                                              Of attorneys for plaintiffs