Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**DOE-215**,<br>(IP 24.21.208.215),<br><br>    Defendant. | Case No.: 6:14-cv-00300-AA<br><br>NOTICE OF DISMISSAL<br><br>Rule 41(a)(1)(i) |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure plaintiffs dismiss this action by notice and without prejudice.

DATED: June 3, 2014.

CROWELL LAW

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
(503) 581-1240
Of attorneys for plaintiffs